UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUSTIN BRUNO,                                               :
                                                            :
                    Petitioner,                             :    21-CV-6609 (JLR) (OTW)
                                                            :
             -against-                                      :    **ORDER**
                                                            :
SUPERINTENDENT, UPSTATE CORRECTIONAL                        :
FACILITY,                                                   :
                                                            :
                    Respondent.                             :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Respondent's letter. (ECF 23). It has come to the Court's attention that *pro se* Petitioner Justin Bruno has been released from prison and is on post-release supervision until December 24, 2023. (ECF 23). Petitioner's habeas petition has not been mooted by his release from prison. (*See* ECF Nos. 21 and 23). If Petitioner wants to pursue his habeas petition, he is directed to file on the docket: (1) his current address **by Friday, January 12, 2024**, and (2) his reply to Respondent's answer (ECF 14) and memorandum of law opposing his habeas petition (ECF 13) **by Friday, January 26, 2024**. **If Petitioner fails to file a reply, the Court may treat Respondent's motion as unopposed**.

The Clerk of Court and Respondent are hereby directed to serve this Order on Petitioner's new address (as provided in ECF 23), and file proof of service of the same.

SO ORDERED.

Dated: November 21, 2022                           /s/ Ona T. Wang
       New York, New York                          **Ona T. Wang**
                                                   United States Magistrate Judge